

# MANDATE
# The Fourteenth Court of Appeals
## NO. 14-14-00048-CV

| | |
|---|---|
| Jamie Genender and Critter Stuff, LLC, Appellants<br><br> v.<br> USA Store Fixtures, LLC, Appellee | Appealed from the County Civil Court at Law No. 1 of Harris County. (Tr. Ct. No. 1016718). Opinion delivered by Justice McCally. Justices Brown and Wise also participating. |

**TO THE COUNTY CIVIL COURT AT LAW NO. 1 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on December 23, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, USA Store Fixtures, LLC, signed October 16, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to delete the following paragraph from the judgment:

It is hereby ORDERED that Jamie Michele Genender and Critter Stuff, L.L.C., jointly and severally, pay to USA Store Fixtures the amount of $38,000, representing the reasonable and necessary attorneys' fees in this case and a contingent award of attorneys' fees in the amount of $20,000 if this case is appealed to the Court of Appeals, and $20,000 if this case is appealed to the Supreme Court of Texas.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, March 6, 2015.

**CHRISTOPHER A. PRINE, CLERK**